296 U.S. 590
 56 S.Ct. 102
 80 L.Ed. 417
 Y. Allen HOLMAN, Sudie D. Holman, J. D. Holman, et al., petitioners,
v.
GULF REFINING COMPANY OF LOUISIANA et al.*
 No. 146.
 Supreme Court of the United States
 October 14, 1935
 
 Mr. Conrad E. Cooper, of Tulsa, Okl., for petitioners.
 
 
 1
 For opinion below, see 76 F.(2d) 94.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied.
 
 
 
 *
 Rehearing denied 296 U. S. 664, 56 S. Ct. 305, 80 L. Ed. 474.